JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No. 2:18-cv-05889 AB(PVCx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA; WME IMG, LLC, | Judge: Hon. Andre' Birotte Jr. |
| Defendants. | |

Based upon the filed Stipulation by the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-05889 AB (PVCx), is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: October 01, 2020

HON. ANDRÉ BIROTTE JR.
Judge, United States District Court